**FILED**

Oct 14 2026

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

# CRIMINAL COVER SHEET

***Instructions:*** *Effective November 1, 2016, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.*

**CASE NAME:** USA v. KEVIN LANZA-MELGARES

**CASE NUMBER:** 3:26-cr-00517-RFL CR

| | | | |
|---|---|---|---|
| **Is This Case Under Seal?** | **Yes** | **No** ✓ | |
| **Total Number of Defendants:** | **1** ✓ | **2-7** | **8 or more** |
| **Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326?** | **Yes** | **No** ✓ | |
| **Venue (Per Crim. L.R. 18-1):** | **SF** ✓ | **OAK** | **SJ** |
| **Is this a potential high-cost case?** | **Yes** | **No** ✓ | |
| **Is any defendant charged with a death-penalty-eligible crime?** | **Yes** | **No** ✓ | |
| **Is this a RICO Act gang case?** | **Yes** | **No** ✓ | |

**Assigned AUSA (Lead Attorney):** Nicholas M. Parker

**Date Submitted:** Oct. 14, 2026

**Comments:**

Prior proceedings in Case No. 3:26-mj-71311 MAG

RESET FORM SAVE PDF

CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

FILED

Oct 14 2026

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KEVIN LANZA-MELGARES,<br><br>Defendant. | CASE NO. 3:26-cr-00517-RFL<br><br>VIOLATIONS:<br>21 U.S.C. § 841(a)(1) and (b)(1)(C) – Distribution of a Mixture and Substance Containing Fentanyl<br><br>21 U.S.C. § 853 – Forfeiture Allegation |

I N F O R M A T I O N

The United States Attorney charges:

COUNT ONE: (21 U.S.C. § 841(a)(1) and (b)(1)(C) – Distribution of a Mixture and Substance Containing Fentanyl)

On or about May 6, 2026, in the Northern District of California, the defendant,

KEVIN LANZA-MELGARES,

did knowingly and intentionally distribute a mixture and substance containing a detectable amount of N-phenyl-N- [ 1- ( 2-phenylethyl ) -4-piperidinyl ] propanamide, commonly known as fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

//

//

//

<u>FORFEITURE ALLEGATION</u>: (21 U.S.C. § 853(a))

The allegations contained above are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853(a).

Upon conviction of the offense alleged in Count One above, the defendant,

KEVIN LANZA-MELGARES,

shall forfeit to the United States all right, title, and interest in any property constituting and derived from any proceeds defendant obtained, directly or indirectly, as a result of such violations, and any property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations, including but not limited to a forfeiture money judgment and the following:

a. One Apple iPhone 15 Pro Max bearing serial number K76X5X246Y and assigned IMEI numbers 351016862050078 and 351016862097962, which was seized from the defendant on or about September 30, 2026;

b. Any other cellphone(s) seized from the defendant on or about May 6, 2026; and

c. $741 in U.S. currency, including $30 in marked funds, which was seized from the defendant on or about May 6, 2026.

If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

//

//

//

//

All pursuant to Title 21, United States Code, Section 853, and Federal Rule of Criminal Procedure 32.2.

DATED: October 14, 2026

CRAIG H. MISSAKIAN
United States Attorney

/s/ *Nicholas Parker*
NICHOLAS M. PARKER
Assistant United States Attorney

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☒ INFORMATION ☐ INDICTMENT ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

## OFFENSE CHARGED

21 U.S.C. § 841(a)(1) and (b)(1)(C) – Distribution of a Mixture and Substance Containing Fentanyl

21 U.S.C. § 853 – Forfeiture Allegation

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY: Imprisonment: 20 years
Fine: $1,000,000
Supervised Release: 3 years (min) – life (max)
Special Assessment: $100
Forfeiture | Deportation | Denial of Federal Benefits

## DEFENDANT - U.S

Kevin Lanza-Melgares

DISTRICT COURT NUMBER
3:26-cr-00517-RFL

FILED
Oct 14 2026
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

## PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any)

Drug Enforcement Administration

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under 3:26-mj-71311

Name and Office of Person Furnishing Information on this form: CRAIG H. MISSAKIAN

☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): Nicholas M. Parker

## DEFENDANT

### IS *NOT* IN CUSTODY

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

### IS IN CUSTODY

4) ☒ On this charge

5) ☐ On another conviction } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

**DATE OF ARREST** Month/Day/Year: September 30, 2026

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** Month/Day/Year

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:

☐ SUMMONS ☒ NO PROCESS* ☐ WARRANT

Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

** Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Defendant Address:

Date/Time:

Before Judge:

Comments: